IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **THOMAS GILMORE STEWART**, | § | |
| **aka GIL STEWART, #571499,** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:07-CV-1991-L** |
| | § | |
| **APRIL E. SMITH**, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the court are the Findings, Conclusions and Recommendation of the United States Magistrate Judge, filed December 17, 2007.  Petitioner did not file objections.

Plaintiff, barred by the Fifth Circuit from filing new pleadings or documents without "advance written permission of a judge of the forum court," seeks leave to file a civil rights complaint against Defendant April E. Smith, who allegedly was designated to develop the record in his state section 11.07 application.  The magistrate judge recommended that the court deny his motion for leave and administratively close this case because Plaintiff has not stated any cognizable federal claim.  The court **accepts** the magistrate judge's findings and conclusions, **denies** Plaintiff's motion for leave to file suit, and **directs** the clerk of the court to administratively close this case.

**It is so ordered** this 2nd day of January, 2008.

_Sam A. Lindsay_
Sam A. Lindsay
United States District Judge

**Order – Solo Page**